UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cr-20440-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RENE RODRIGUEZ,

    Defendant.

_____/

**ORDER**

    This matter was on calendar for Sentencing on 11/01/2023.  Defendant Rene Rodriguez failed to appear.  The parties noted for the record that defendant had recently failed to report to Probation in violation of his bond conditions and appears to have absconded.  A warrant has been issued for his arrest.

    Further, UPON CONSIDERATION of the Report and Recommendation issued by U.S. Magistrate Judge Jacqueline Becerra [ECF 19], the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Magistrate Judge Becerra's Report and Recommendation [ECF 19] is ADOPTED.  Defendant Rene Rodriguez is hereby found GUILTY of Count I of the Information, Conspiracy to Commit Money Laundering, in violation of Title 18 U.S.C. Section 1956(h) [ECF 1].

    This matter will be held in abeyance until defendant is arrested on the warrant and brought before the Court.

    **DONE AND ORDERED** in Miami, Florida, this 8th day of November, 2023.

                                    HON. JAMES LAWRENCE KING
                                    SENIOR UNITED STATES DISTRICT JUDGE

cc: Counsel of Record